JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHNNY GUEVARA,

         Petitioner,

    v.

RALPH DIAZ,

         Respondent.

Case No. 8:20-cv-00854-JFW (KES)

**JUDGMENT**

    Pursuant to the Court's Order dismissing the Petition,

    IT IS ADJUDGED that the Petition is dismissed without prejudice as successive.

DATED:  June 11, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE